IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs <br><br> 1) EVELIO ROSARIO-ROSADO, a/k/a "Casper," a/k/a "Cuquito," a/k/a "Cuqui," a/k/a "El Boss" (Counts One through Six) <br> 2) JOSE ARNALDO JORGE-ORTIZ, a/k/a "Joito" (Counts One through Five) <br> 3) REY XAVIER MERCADO-SANTIAGO, a/k/a "Kobe," a/k/a "Coby" (Counts One through Six) <br> 4) CHRISTIAN PIZARRO-ROHENA, a/k/a "Pizarro," a/k/a "Piri" (Counts One through Five) <br> 5) JOSE D. MACHICOTE-FILOMENO, a/k/a "Pichón" (Counts One through Six) <br> 6) JAN C. CASTILLO-RIVERA, a/k/a "Billy" (Counts One through Six) <br> 7) JESUS MANUEL TORRES-MORALES, a/k/a "Bebito," "Bebito Trenza," "Bebo," "Bebo Trenza" (Counts One through Six) <br> 8) SAMUEL GARCIA-BAEZ, a/k/a "Persa" (Counts One through Six) <br> 9) MIGUEL RIVERA-GONZALEZ, a/k/a "Cachao" (Counts One through Six) <br> 10) VINCENT O. MATOS-SANTIAGO, a/k/a "Peewee" (Counts One through Six) <br> 11) XAVIER RODRIGUEZ-ROJAS, a/k/a "Xavy" (Counts One through Five) <br> 12) RAUL CANDELARIO-MONSERRATE, a/k/a "Bebo Casco," a/k/a "Casco" Counts One through Five) <br> 13) JOSEPH RIVERA-BAEZ, a/k/a "Dracula" (Counts One through Five) <br> 14) BENJAMIN RIVERA-VELAZQUEZ, a/k/a "Benji" (Counts One through Five) <br> 15) JOSE M. RIVERA-VELAZQUEZ, a/k/a "José Gemelo," a/k/a "Gemelo" (Counts One through Five) <br> 16) FRANCISCO M. SANCHEZ-BASORA, a/k/a "Franki," a/k/a "Franqui" (Counts One through Five) <br> 17) NORGIE MATOS-ROHENA (Counts One through Five) <br> 18) JOSE ROBERTO ANDUJAR-UBILES, a/k/a "Roberto El Gordo," a/k/a "Robert El Gordo" (Counts One through Five) <br> 19) ROBERTO PIZARRO-FIGUEROA, a/k/a "Sonson" (Counts One through Five) | CRIMINAL 13-0124CCC |

**20) EFRAIN HERNAIZ-ROJAS**,
a/k/a "Papin" (Counts One through Five)
21) JORGE LUIS DIAZ-MUÑIZ,
a/k/a "Menor" (Counts One through Five)
22) FRANKIE ACABA-RODRIGUEZ,
a/k/a "Peluche" (Counts One through Five)
23) DANIEL MARTES-GARCIA,
a/k/a "Negro" (Counts One through Five)
24) ANDREW IRIZARRY-GARCIA (Counts One through Five)
25) JULIUS CASADO-RAMIREZ,
a/k/a "Tico" (Counts One through Five)
26) NATANEL ANDALUZ-CURET,
a/k/a "Jeremías," a/k/a "Gere" (Counts One through Five)
27) JOSE A. MALDONADO-CASTAÑER,
a/k/a "Joselito" (Counts One through Five)
28) JOHAN SORIANO-CURET,
a/k/a "Tremba," a/k/a "Canito" (Counts One through Five)
29) XAVIER O. MALDONADO-NEGRONI,
a/k/a "Mana" (Counts One through Five)
30) ALBERTO MALCON-MATOS,
a/k/a "Lento" (Counts One through Five)
31) SERGIO RODRIGUEZ-RODRIGUEZ,
a/k/a "Wally Feca" (Counts One through Five)
32) DAVID HERNANDEZ-PEREZ,
a/k/a "Davisito," a/k/a "Ezequiel" (Counts One through Five)
33) ALEXANDRA LOPEZ-PEREZ,
a/k/a "Alex" (Counts One through Five)
34) MARIA DEL CARMEN CURET-ORTIZ,
a/k/a "Carmen," a/k/a "Carmencita" (Counts One through Five)
35) CARLOS N. VELEZ-CURET,
a/k/a "Carlitos," a/k/a "El Carlito" (Counts One through Five)
36) YOXSAIRA ROBLES-RIVERA,
a/k/a "Gisel," a/k/a "Yiset" (Counts One through Five)
37) ANGEL L. PICKARD-RODRIGUEZ,
a/k/a "Tomate" (Counts One through Five)
38) JOSE VALLE-MEDINA, a/k/a "Didiel" (Counts One through Five)
39) ANGEL M. OLIVERAS-SAETTONE,
a/k/a "Bouncer" (Counts One through Five)
40) CHAYANNE SANTODOMINGO-CARRASQUILLO,
a/k/a "El Cantante" (Counts One through Five)

CRIMINAL 13-0124CCC	3

41) NOEL A. BAEZ-MONTAÑEZ,
a/k/a "Milhouse" (Counts One through Five)
42) JOSE RIVERA-JIMENEZ,
a/k/a "Blackie" (Counts One through Five)

Defendants

# ORDER

Having considered the Report and Recommendation filed on November 20, 2013 (**docket entry 742**) on a Rule 11 proceeding of defendant [20] Efraín Hernaiz-Rojas before U.S. Magistrate Judge Marcos E. López on November 8, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 8, 2013. The **sentencing hearing is set for March 5, 2014 at 4:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g). The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections

CRIMINAL 13-0124CCC                                        4

be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

      SO ORDERED.

      At San Juan, Puerto Rico, on December 6, 2013.


                                      S/CARMEN CONSUELO CEREZO
                                      United States District Judge